# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LARRY MURPHY,<br><br>        Defendant. | Case No.: 2:16-cr-258<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEQUENDUM FOR<br>LARRY MURPHY<br>(ID#) 02596265 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **LARRY MURPHY** before the United States District Court at Las Vegas, Nevada, on or about Wednesday, August 31, 2016 Courtroom 3A, GWF, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 24, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
   District of Nevada
2  ALEXANDRA MICHAEL
   Assistant United States Attorney
3  501 Las Vegas Boulevard South
   Suite 1100
4  Las Vegas, Nevada 89101
   702-388-6336

5

                    UNITED STATES DISTRICT COURT
6
                          DISTRICT OF NEVADA
7                              -oOo-

8  UNITED STATES OF AMERICA,          )  Case No.: 2:16-cr- 258
                                      )
9              Plaintiff,             )  PETITION FOR WRIT OF HABEUS
                                      )  CORPUS AD PROSEQUENDUM FOR
                                      )  LARRY MURPHY
10       vs.                          )  (ID#) 02596265
                                      )
11 LARRY MURPHY,                      )
                                      )
                                      )
12             Defendant.             )
                                      )
13 _____

14       The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **LARRY MURPHY**, is committed by due process of law in the custody of the Warden,

16 Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **LARRY**

17 **MURPHY** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that

18 the said **LARRY MURPHY** may be present before the United States District Court for the

19 District of Nevada, Las Vegas, Nevada, on __ Wednesday, August 31, 2016 / Courtroom 3A, GWF _____, at the hour

20 of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by

21 the said Court.

That the presence of the said **LARRY MURPHY** before the United States District Court on or about _Wednesday, August 31, 2016 Courtroom 3A, GWF_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **LARRY MURPHY** before the United States District Court on or about _Wednesday, August 31, 2016 Courtroom 3A, GWF_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 24th day of August, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Alexandra Michael_
ALEXANDRA MICHAEL
Assistant United States Attorney