FILED _____   _____ RECEIVED
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) 2:16-cr-00258-JCM-PAL-1 |
| vs. | ) ) |
| LARRY MURPHY, | ) ) |
| Defendant. | ) **ORDER** |

On March 21, 2017, this Court granted the MOTION to Substitute Counsel (doc. 39).

Accordingly, IT IS HEREBY ORDERED that **LANCE A. MANINGO,** is APPOINTED as counsel for Larry Murphy in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Maningo forthwith.

DATED this ___31st___ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE