RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Larry Murphy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00258-JCM-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| LARRY MURPHY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Larry Murphy, that the Revocation Hearing currently scheduled on April 28, 2021 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) months.

This Stipulation is entered into for the following reasons:

1. Defendant has been experiencing painful medical issues and will need additional time for recovery.

2. The parties agree to the need for a continuance.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the second request for a continuance of the revocation hearing.

DATED this 23rd day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY MURPHY,<br><br>　　　　Defendant. | Case No. 2:16-cr-00258-JCM-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 28, 2021 at 10:00 a.m., be vacated and continued to <u>October 27, 2021</u> at the hour of <u>10:00 a.m.</u>

DATED April 23, 2021.

_____
UNITED STATES DISTRICT JUDGE

3